UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
EDGAR ROMAN,

Plaintiff,

vs.

Civil Action No.:
1:26-CV-07004-PAE-SLC

COMMISSIONER OF SOCIAL SECURITY,

Defendant.
-----------------------------------------------------------X

**ORDER**

AND, NOW, this 12th day of November, 2026, upon consideration of Plaintiff's Motion for an extension of time to file her brief,

IT IS HEREBY ORDERED that Plaintiff's Motion is GRANTED. Plaintiff's brief is due December 18, 2026. Defendant's brief is due February 16, 2027. Plaintiff's reply, if any, is due March 2, 2027.

The Clerk of Court is respectfully directed to close Dkt. No. 9.

SO ORDERED. November 12, 2026

Sarah L. Cave
SARAH L. CAVE
United States Magistrate Judge